# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| JAMES A. MARCHESELLI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. D. KENNEY, et al,<br><br>　　　　　　Defendants. | CASE NO.  C11-5067 RBL/JRC<br><br>ORDER |

　　　　This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.  The letter from the clerk's office sent to Mr. Marcheselli in January of this year did not inform him the court needed service copies of the complaint.  There are seven service forms on file.  Plaintiff needs to provide seven copies of the complaint for service.  The copies need to be provided to the court on or before **June 3, 2011** or the court will recommend this action be dismissed for lack of prosecution.

　　　　DATED this 2nd day of May, 2011.

　　　　　　　　　　　　　　　　　　　　/s/ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1