# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JAMES A. MARCHESELLI,

        Plaintiff,

v.

DR. D. KENNEY, et al,

        Defendants.

CASE NO. C11-05067 RBL

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and ORDER:

(1) On May 2, 2011 the Plaintiff was directed to file service copies of his Complaint by June 3, 2011. On June 28, 2011 he filed a letter and a "re-created" Complaint [Dkt. #9]. His filing does not conform to the Court's Order;

(2) The Court adopts the Report and Recommendation;

(3) This action is **DISMISSED WITH PREJUDICE** and the case is closed for the reasons set forth in the Report and Recommendation. Plaintiff has failed to provide service documents and failed to prosecute the case. He did not obey a court order to provide the needed service copies.

(4) The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 18th day of July, 2011.

                                  */s/ Ronald B. Leighton*
                                  RONALD B. LEIGHTON
                                  UNITED STATES DISTRICT JUDGE

ORDER - 1